# UNITED STATES DISTRICT COURT
# DISTRICT OF SOUTH DAKOTA
# CENTRAL DIVISION

Mark A. Moreno, United States Magistrate Judge Presiding

| | |
|---|---|
| Courtroom Deputy - SF | Recorded by – FTR |
| Courtroom - PR #1 | Date – September 28, 2021 |
| U.S. Probation Officer – Jenna Nielsen | |

3:21-CR-30087-RAL

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Meghan N. Dilges |
| vs. | |
| SUSAN RUIZ, | |
| Defendant. | Wade Fischer |

Time Hearing Set to Begin: 12:45 p.m.  Time Hearing Began: 12:50 p.m.
Defendant's Age: 55   Education: 8 YEARS + GED

## INITIAL APPEARANCE (8 mins)

Defendant received a copy of the Indictment with a penalty page and understands the allegations and maximum possible penalties

Defendant advised of right to remain silent and to counsel

**Oral Order:** Court finds Defendant qualifies for appointment of counsel under CJA. Wade L. Fischer appointed effective September 27, 2021

## DETENTION HEARING (10 mins.)
Ms. Dilges advises the Government is seeking detention
Mr. Fischer offers remarks and proffers a release plan
The Court denies this request to be released on a PR bond- without prejudice
Defendant detained in the custody of the U.S. Marshals Service pending further proceedings
**Oral Order:** As required by Rule 5(f) of the Rules of Criminal Procedure, the United States is ordered to disclose to the Defendant all exculpatory evidence, that is, evidence that favors the

Defendant or casts doubt on the United States' case, to the Defendant as required by *Brady v. Maryland* and its progeny. Not doing so in a timely manner may result in consequences, including, but not limited to, exclusion of evidence, adverse jury instructions, dismissal of charges, contempt proceedings, disciplinary action, or sanctions by the Court.

**ARRAIGNMENT** (7 mins.)
Defendant advised of and/or understands the charges and maximum possible penalties
Defendant advised of constitutional and statutory rights
Defendant waives reading of Indictment
Defendant enters plea of not guilty to the charge(s) contained in the Indictment and requests a jury trial

**Ms. Dilges makes an oral motion to unseal the case**
**Court grants this motion**

Court in Recess at 1:15
Time in Court: 25 minutes